## THARPE v. CITY OF BIRMINGHAM.
### (6 Div. 488.)

Court of Appeals of Alabama. Jan. 15, 1929.

Windham & Countryman, of Birmingham, for appellant.

Ralph E. Parker, of Birmingham, for appellee.

SAMFORD, J. Defendant was convicted on a charge of violating a city ordinance, and appeals.

There is no assignment of errors, and the judgment is affirmed on motion of appellee. Creel v. Jasper (Ala. App.) 69 So. 239; Stadt v. Birmingham, 14 Ala. App. 667, 70 So. 972.

Affirmed.